**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Bell*, Slip Opinion No. 2020-Ohio-3104.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-3104

THE STATE OF OHIO, APPELLANT, *v*. BELL, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Bell*, Slip Opinion No. 2020-Ohio-3104.]**

*Court of appeals' judgment reversed on the authority of* State v. Harper.

(No. 2018-1537—Submitted May 13, 2020—Decided May 29, 2020.)

APPEAL from the Court of Appeals for Franklin County, No. 17AP-645, 2018-Ohio-3576.

_____

{¶ 1} On the authority of *State v. Harper*, __ Ohio St.3d __, 2020-Ohio-2913, __ N.E.3d __, the judgment of the court of appeals is reversed to the extent that it remanded the case to the trial court to correct the entry imposing postrelease control.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____

Ron O'Brien, Franklin County Prosecuting Attorney, and Seth Gilbert, Assistant Prosecuting Attorney, for appellant, state of Ohio.

_____